IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JIMMY SHANE CANTRELL,
ADC #98730                                                              PLAINTIFF

v.                               2:09CV00184HLJ

MIKE BEEBE, et al.                                                      DEFENDANTS

## ORDER

By Order dated January 14, 2010, this Court directed the issuance of summons and service on some defendants, and on January 22, 2010, the Court issued a Report and Recommendation that other defendants be dismissed. Therefore, plaintiff's motion for service (DE #4) is DENIED as moot. Plaintiff's motion to amend/correct his complaint is DENIED (DE #4), as the allegations relate to claims and defendants recommended to be dismissed.

IT IS SO ORDERED this 22nd day of February, 2010.

_____
United States Magistrate Judge

1