IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JIMMY SHANE CANTRELL,
ADC #98730                                                                PLAINTIFF

v.                          2:09CV00184HLJ

MIKE BEEBE, et al.                                                        DEFENDANTS

ORDER

This matter is before the Court on plaintiff's motions for service, to amend, and for ruling and copies (DE ##38, 44, 48).

Plaintiff's motion for service (DE #38) is actually a motion for copies of the defendants' returned summons. The Court will direct the Clerk to forward copies to the plaintiff.

In his motion to amend, plaintiff asks to add as a defendant Brenda Perry, alleging she has failed to send acknowledgment sheets of grievances which he has filed. Such an allegation does not state a constitutional claim for relief under 42 U.S.C. § 1983, and therefore, the Court will deny his motion to amend. See Buckley v. Barlow, 997 F.2d 494, 495 (8th Cir. 1993).

In plaintiff's motion for ruling, he asks the Court to rule on his motion for temporary restraining order. However, no motion for temporary restraining order is pending in this case. Therefore, that portion of his motion will be denied. The Court will, however, grant plaintiff's motion for copies, which includes the copies plaintiff requested in his motion for service, above. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for service (DE #38), which this Court construes as a motion for copies, is hereby GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion to amend (DE #44) is hereby DENIED

1

without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for ruling (DE #48) is hereby DENIED.

IT IS FURTHER ORDERED that plaintiff's motion for copies (DE #48) is hereby GRANTED. The Clerk is directed to forward to plaintiff a copy of the docket sheet in this action, together with copies of docket entries ##7, 9, 15-27, 30, 32, 38, 39, 41.

IT IS SO ORDERED this 16th day of March, 2010.

_____
United States Magistrate Judge