IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JIMMY SHANE CANTRELL,
ADC #98730                                                                                          PLAINTIFF

2:09CV00184BSM-JTK

MIKE BEEBE, et al.                                                                              DEFENDANTS

ORDER

Plaintiff's motion for recusal (Doc. No. 64) is hereby DENIED as moot. This case was reassigned to United States Magistrate Judge Jerome T. Kearney on April 19, 2010.

IT IS SO ORDERED this 23rd day of April, 2010.

_____
United States Magistrate Judge