IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| JIMMY SHANE CANTRELL,<br>ADC #98730 | | PLAINTIFF |
| v. | 2:09CV00184BSM/JTK | |
| MIKE BEEBE, et al. | | DEFENDANTS |

### ORDER

Plaintiff's motion to compel (Doc. No. 71) is hereby DENIED without prejudice. Defendants indicate in their response to the motion that they have now provided discovery responses to the plaintiff (Doc. No. 75).

IT IS SO ORDERED this 10th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE