IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JIMMY SHANE CANTRELL,
ADC #98730                                                                                          PLAINTIFF

v.                                      2:09CV00184BSM/JTK

MIKE BEEBE, et al.                                                                              DEFENDANTS

## ORDER

Defendants shall file a response to plaintiff's motion to amend (Doc. No. 72) within ten days of the date of this Order.

IT IS SO ORDERED this 14th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE