UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JIMMY SHANE CANTRELL,
ADC #98730                                                                                          PLAINTIFF

v.                          CASE NO. 2:09cv00184 BSM/HLJ

MIKE BEEBE, et al.                                                                             DEFENDANTS

### ORDER

The court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be adopted in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for a temporary restraining order, which this court construes as a motion for preliminary injunctive relief [Doc. No. 60] is hereby DENIED.

IT IS SO ORDERED this 4th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE