IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JIMMY SHANE CANTRELL,
ADC #98730                                                                                                   PLAINTIFF

v.                                            2:09CV00184BSM/JTK

MIKE BEEBE, et al.                                                                                    DEFENDANTS

## ORDER

This matter is before the Court on the plaintiff's motion for temporary restraining order, preliminary injunction, and for copies, which this Court construes as a motion for order (Doc. No. 106). Defendants have filed a response to the motion (Doc. No. 107).

In his motion, plaintiff asks for the same relief requested in prior motions, which was addressed in the Court's May 14, 2010 Recommendations and June 18, 2010 Order. Defendants note this in their response, and add that they are not acting in any way to impede plaintiff's receipt of mail from the Court or from the defendants' counsel.

In the June 18, 2010 Order, the Court granted plaintiff's motions for an extension of time and for copies, and directed that such be forwarded to plaintiff. The Certificate of Mailing of that Order indicates the copies were sent to the plaintiff. The Court notes that plaintiff's present motion was dated June 14, 2010, which is prior to that June 18, 2010 Order. Therefore, the Court will deny plaintiff's motion without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for order (Doc. No. 106) is hereby DENIED without prejudice.

IT IS SO ORDERED this 8th day of July, 2010.

_____
United States Magistrate Judge