## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**JIMMY SHANE CANTRELL,**
**ADC #98730**                                                                                         **PLAINTIFF**

**v.**                    **CASE NO. 2:09cv00184 BSM/JTK**

**MIKE BEEBE, et al.**                                                                                  **DEFENDANTS**

### ORDER

Having reviewed the proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney, and the timely objections thereto, and having conducted a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be, and hereby are, approved and adopted in all respects in their entirety.

Accordingly, plaintiff's motion for temporary restraining order, which is construed as a motion for preliminary injunctive relief, [Doc. No. 78] is hereby DENIED and plaintiff's motion for copies not received [Doc. No. 78] is hereby GRANTED. The clerk shall forward to plaintiff copies of docket entries 58, 64, 66, 68, 70, 72-74, as well as all certificates of mailing.

IT IS SO ORDERED this 15th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE