# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JIMMY SHANE CANTRELL,                                                                    PLAINTIFF
ADC #98730

v.                                      2:09-cv-00184-BSM-JTK

MIKE BEEBE, et al.                                                                       DEFENDANTS

## ORDER

Defendants shall respond to Plaintiff's Motion for Temporary Restraining Order (Doc. No. 4) within ten (10) days of the date of this Order.

IT IS SO ORDERED this 21st day of October, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE