UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JIMMY SHANE CANTRELL,
ADC #98730                                                                                              PLAINTIFF

v.                                    CASE NO. 2:09cv00184 BSM/JTK

MIKE BEEBE, et al.                                                                                    DEFENDANTS

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

Additionally, in his motion, plaintiff Jimmy Shane Cantrell ("Cantrell") requests that a temporary restraining order be issued preventing the enforcement of the residency restrictions contained in Ark. Code Ann. § 5-14-131. Cantrell's claims concerning Ark. Code Ann. § 5-14-131 have already been dismissed as frivolous. [Doc. No. 93].

Attached to Cantrell's objections are affidavits from and documents concerning another inmate, Harry W. Andrews ("Andrews"), ADC #083824. Plaintiff is reminded that he may not bring claims on behalf of another inmate. If Andrews would like to bring a claim, he must file his own complaint.

IT IS, THEREFORE, ORDERED that plaintiff's motion for temporary restraining order, which is construed as a motion for preliminary injunctive relief [Doc. No. 4] is

DENIED.

IT IS SO ORDERED this 8th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE