**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JIMMY SHANE CANTRELL,                                                                                PLAINTIFF
ADC #98730

v.                                              2:09-cv-00184-BSM-JTK

MIKE BEEBE, et al.                                                                                      DEFENDANTS

## ORDER

Plaintiff's Motion to Correct Record (Doc. No. 150) is hereby DENIED as moot. Plaintiff's January 19, 2011 submission was docketed as objections to the November 4, 2010 and January 7, 2011 Partial Reports and Recommendations, as requested by the Plaintiff.

IT IS SO ORDERED this 14th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE