# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JIMMY SHANE CANTRELL,                                                                    PLAINTIFF
ADC #98730

v.                                        2:09-cv-00184-BSM-JTK

MIKE BEEBE, et al.                                                                       DEFENDANTS

## ORDER

This matter is before the Court on Defendants' Motion to Compel Plaintiff to respond to discovery requests (Doc. No. 158). In his Response, Plaintiff admits submitting his responses late, but states they have now been submitted (Doc. No. 163). The Court notes that Plaintiff's responses were filed on February 22, 2011 (Doc. No. 162). Therefore, Defendants' Motion to Compel (Doc. No. 158) is hereby DENIED as moot.

IT IS SO ORDERED this 7th day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE