UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JIMMY SHANE CANTRELL,
ADC #98730                                                                                           PLAINTIFF

v.                          CASE NO. 2:09cv00184 BSM/JTK

MIKE BEEBE, et al.                                                                                DEFENDANTS

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for temporary restraining order, which is construed as a motion for preliminary injunctive relief [Doc. No. 137] is DENIED.

IT IS SO ORDERED this 15th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE