**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

JIMMY SHANE CANTRELL,                                                                      PLAINTIFF
ADC #98730

v.                                    2:09-cv-00184-BSM-JTK

MIKE BEEBE, et al.                                                                               DEFENDANTS

## ORDER

Plaintiff shall file a Response to Defendants' Second Motion to Compel (Doc. No. 168) within ten days of the date of this Order. Failure to respond may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 19th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE