UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JIMMY SHANE CANTRELL,
ADC #98730                                                                                      PLAINTIFF

v.                         CASE NO. 2:09cv00184 BSM/JTK

MIKE BEEBE, et al.                                                                         DEFENDANTS

## ORDER

Plaintiff Jimmy Shane Cantrell ("Cantrell") moves for reconsideration of the February 8, 2011, order adopting Magistrate Judge Jerome T. Kearney's partial report and recommendations denying his motion for temporary restraining order. [Doc. No. 167]. The motion is denied.

Cantrell seeks relief under Federal Rule of Civil Procedure 59(e), requesting that the "judgment" entered on February 8, 2011, be altered or amended. Federal Rule of Civil Procedure 59(e), however, is not applicable because the February 8, 2011, order is not a judgment. Therefore, Cantrell's motion will be evaluated under Federal Rule of Civil Procedure 60(b). Rule 60(b) states

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).  Relief under Rule 60(b) is an extraordinary remedy and is justified only under "exceptional circumstances." *Prudential Ins. Co. of Am. v. Nat'l Park Med. Ctr., Inc.*, 413 F.3d 897, 903 (8th Cir. 2005) (quoting *Watkins v. Lundell,* 169 F.3d 540, 544 (8th Cir.1999)).

In his motion, Cantrell makes the same arguments contained in his original motion for temporary restraining order. He presents nothing to support a finding of "exceptional circumstances." Reconsideration of the February 8, 2011, order is improper.

Accordingly, Cantrell's motion for reconsideration [Doc. No. 167] is denied.

IT IS SO ORDERED this 27th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE