# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JIMMY SHANE CANTRELL,
ADC #98730                                                                                              PLAINTIFF

v.                                      2:09-cv-00184-BSM-JTK

MIKE BEEBE, et al.                                                                                  DEFENDANTS

## ORDER

This matter is set for a Pre-Jury Evidentiary Hearing at 9:30 a.m., May 23, 2011, at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Courtroom 4B, Little Rock, Arkansas.

The Arkansas Department of Correction (ADC) is hereby directed to ensure the Plaintiff's attendance at the hearing, together with a copy of Plaintiff's medical records and institutional file.

The Clerk of the Court is directed to forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 7203 West 7th Street, Pine Bluff, AR 71603.

IT IS SO ORDERED this 27th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE