**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JIMMY SHANE CANTRELL,
ADC #98730                                                                                           PLAINTIFF

v.                                            2:09-cv-00184-BSM-JTK

MIKE BEEBE, et al.                                                                            DEFENDANTS

### ORDER

At the May 23, 2011 Pre-Jury Evidentiary Hearing in this matter, counsel for the Defendants notified the Court that Plaintiff had provided the discovery responses previously requested. Therefore, Defendants' Second Motion to Compel (Doc. No. 168) is hereby DENIED as moot.

In addition, Plaintiff's Motion for Order (Doc. No. 190) is DENIED as moot, since the Court permitted the introduction of numerous documents and exhibits at the May 23, 2011 Hearing.

IT IS SO ORDERED this 2nd day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE